UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

June 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ kk _____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v<br><br>DAVID PERKINS<br>**Defendant** | **CRIMINAL NO. 1:26-CR-00317-DAE**<br><br>**INDICTMENT**<br><br>**[Ct. 1: 18 U.S.C. § 922(g)(1)<br>Possession of Firearm by a Felon]**<br><br>**Notice of Government's Demand for<br>Forfeiture** |

## THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
**Possession of a Firearm by a Felon**
**[18 U.S.C. §922(g)(1)]**

On or about April 13, 2026, in the Western District of Texas, the Defendant,

**DAVID PERKINS,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess a firearm, namely a Glock, model 19, 9mm caliber pistol, which

had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT – DAVID PERKINS

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Firearms Violation and Forfeiture Statutes
**[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth above, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

**Title 18 U.S.C. § 924. Penalties**
**(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

1. Glock model 19, 9mm caliber pistol, serial # BNZB575; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: BRANDY N. GANN
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT – DAVID PERKINS