AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § § § § § § § | |
| *versus* | | Case No. 4:26–mj–00441 |
| David Perkins | | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **WDTX, Austin division, in 1:26cr317 (charging District's case number).**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 7, 2026

_____
Richard W. Bennett
United States Magistrate Judge